**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EUGENE HILL, | Case No. CV 08-02387 RSWL (AN) |
| Petitioner, | ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| V. ALMAGER, Warden, | |
| Respondent. | |

On April 1, 2008, petitioner Eugene Hill, a state prisoner proceeding in pro se, filed his pending habeas petition pursuant to 28 U.S.C. §2254 in the United States District Court for the Southern District of California ("Southern District"). On April 11, 2008, the Southern District transferred the petition to this Court based upon its finding that the petition is "attacking a conviction from the Superior Court of Van Nuys, California," which is within the Central District of California. (04/04/08 Order JM (POR) at 1:18 (docket No. 2) ("transfer order").)

///

///

///

Page 1

However, pursuant to the Court's duty to conduct a pre-service screening of habeas petitions,[1] this Court finds the basis for the Southern District's transfer order is misplaced because the face of the Petition plainly shows that it is brought for the express purpose of attacking the execution of Petitioner's sentence, <u>not</u> the Petitioner's underlying conviction as the Southern District found in its transfer order. Specifically, the Petition expressly raises a parole problem claim that principally alleges that the Board of Parole Hearings has wrongfully denied Petitioner's requests for parole based upon 41-pages of confidential documents in his central file that he believes are biased and prejudicial; he also claims he has not been permitted to review these documents, and needs to review them, in order to prepare for his parole hearings. (Petition, pages 6-8.) The Petition also shows Petitioner is now confined at Avenal State Prison in Kings County, which is located within the Eastern District of California. *See* 28 U.S.C. § 84(b). At the time of the underlying parole hearings, Petitioner was confined at the Centinela State Prison in Imperial County, which is located within the Southern District of California. *See* 28 U.S.C. § 84(d).

Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. §2241(d). However, where, as here, the petition is directed to the manner in which a sentence is being executed, the district of confinement is the preferable forum. *See Dunn v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989) (stating, in 28 U.S.C. § 2241 action, that "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined."); *Russo v. Newland*, 2000 WL 194812, *1 (N.D. Cal.); *accord, In re Phelon*, 2002 WL 31618536, *1 (N.D. Cal.); *Thomas v. Hepburn*, 2001 WL 505916, *1 (N.D. Cal.); *McKnight v. Forman*, 1997 WL 50267, *1 (N.D. Cal.).

///

---

[1] *See* Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254, 28 U.S.C. foll. § 2254.

Page 2

1     Based upon the foregoing, the Court finds the Eastern District of California is the
2 proper forum because it is the judicial district of Petitioner's confinement and Petitioner
3 is challenging the execution of his sentence.
4     Accordingly, it is hereby ordered that the reference to the Magistrate Judge is
5 vacated, and the Clerk of this Court is directed to transfer this action to the United States
6 District Court for the Eastern District of California and serve a copy of this Order upon
7 Petitioner.

10 DATED: April 30, 2008

                              RONALD S.W. LEW
                              SENIOR DISTRICT JUDGE

13 Presented by:

16 _____
17 Arthur Nakazato
   United States Magistrate Judge

# NOTICE PARTY SERVICE LIST

**Case No.** CV 08-02387 RSWL (AN)   **Case Title** Eugene Hill v. V. M. Almager

**Title of Document** Order Transferring Action to the USDC for the Eastern District of California

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division - L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division - L.A. |
| | US Attorneys Office - Criminal Division - S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service - Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|
| Name: | Office of the Attorney General |
| Firm: | Head of the Criminal Division |
| Address (include suite or floor): | CA State Dept of Justice |
| 300 South Spring Street, Suite 500 | |
| Los Angeles, CA 90013 | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |
| |

**Initials of Deputy Clerk** mc